

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2020

No. 04-19-00834-CV

**IN THE MATTER OF R.I.C.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2018JUV01596
Honorable Lisa Jarrett, Judge Presiding

# O R D E R

In a prior appeal arising from the underlying cause, this court reversed the juvenile court's order waiving its jurisdiction and transferring the cause to criminal district court. *In re R.C.*, No. 04-19-00262-CV, 2019 WL 4044029, at *1 (Tex. App.—San Antonio Aug. 28, 2019, no pet.) (mem. op.). In entering the order that is the subject of this appeal, the juvenile court relied on the reporter's record from the hearing held on April 16, 2019, which reporter's record was filed in the prior appeal number 04-19-00262-CV. Accordingly, the clerk of the court is ORDERED to file a copy of the reporter's record from the prior appeal in the instant appeal.

It is so **ORDERED** on this 28th day of January, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court